

**SO ORDERED.**

**SIGNED this 16 day of January, 2020.**

_____
**John T. Laney, III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
For the Middle District of Georgia

In the Matter of:                                    )
                                                     )
DAVID LEE CHASTAIN                                   )       CASE NO. 19-70395-JTL
TRACI PRITCHETT CHASTAIN                             )       CHAPTER 13
AKA TRACI LYNN PRITCHETT,                            )
        Debtors.                                     )

**CONSENT ORDER ON MOTION FOR RELIEF FROM STAY**

MOVANT: **CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST**
SUBJECT PROPERTY: **148 Tallokas Trail, Moultrie, GA 31788**
After notice and hearing the motion is ordered:

☐      Granted.   The Trustee shall reduce Movant's claim relating to this collateral to the amount paid, if applicable.   Movant is granted leave
        to seek allowance of a deficiency claim, if appropriate.

■      Denied on the condition that:
   ■      The debtor(s) shall make timely regular and cure payments as required by the confirmed plan and this Order beginning with the
           December 28, 2019 payment for twenty-four (24) months. Regular payments shall resume with the December 28, 2019
           payment.
   ■      The debtor(s) tender payments to the Movant or take other such action as follows:
   ■      The debtor(s) shall maintain full-coverage insurance on the collateral for the life of the plan.
   ■      The debtor(s) shall cure post-petition arrears of $2,467.96 (7-28-19 – 11-28-19 @ $398.37 each plus $681.00 attorney fees and
           costs minus $204.89 in suspense) by making a $600.00 payment directly to Movant by December 7, 2019 and by making
           additional payments directly to Movant of $311.33 for five (5) months with a final cure payment of $311.31 in the sixth (6th)
           month beginning with the December 28, 2019 payment and every twenty-eighth (28th) day of the month thereafter.

■      That in the event the debtor(s) fail to comply with the terms of this order, the Movant, through its authorized representative may file an
        affidavit setting forth the default served upon debtor(s), co-debtor (if applicable), debtor's attorney, and trustee and upon the expiration of
        fifteen (15) days without curing the alleged default or filing of a counter affidavit by the debtor(s) disputing the fact of default, an order
        may be entered lifting the automatic stay and co-debtor stay (if applicable) without further motion or notice of hearing.

☐      The debtor(s) shall only be allowed two (2) strict-compliance cures; else on the third (3rd) default the stay be lifted without further notice
        or hearing.

■      The parties agree and acknowledge that the terms of this agreed/stipulated order will not survive the dismissal or discharge of the debtor's
        bankruptcy case.

☐      The Court grants immediate relief and waives the requirements of 4001(a)(3).

■      Further ordered that without any further notice and hearing, any order lifting the stay will provide that the Debtor's plan is modified to
        provide that the payment of the Movant's claim shall no longer be provided for and that the Trustee shall cease funding the same claim
        upon entry of the order. Accordingly, Fed. R. Bank. P. 3002.1 shall no longer apply as to Movant, as said Rule only applies in Chapter 13
        cases in which claims secured by the Debtor's principal residence are provided for under Section 1322(b)(5) of the Code of the Debtor's
        plan.

☐      Other provisions: _____

**END OF DOCUMENT**

By our signatures below we do hereby consent to the entry of the foregoing order:

_/s/ John E. Dalton, Jr._              _/s/ Jeanie K. Tupper_                    _____
Attorney for Movant                    Attorney for Respondent/Debtor(s)        for Kristin Hurst, Trustee
GA Bar 203667                          GA Bar 718660                            GA Bar
Preparer: John E. Dalton, Jr.
109 S. Ashley Street, Valdosta, GA 31601
(229) 671-8291 john.dalton@colemantalley.com

[3142059/1]